**AFFIDAVIT OF SERVICE**

Re:   Garcia v. City of Newburgh
      08-CV-1198 (CLB) (MDF)


STATE OF NEW YORK    )
                     ) SS:
COUNTY OF ORANGE     )


    MARK MEDYNSKI, being duly sworn, states that he is over the age of 18 years, is not a party to this action, and resides in the State of New York; that on the __7TH__ day of February, 2008, at __12:41 P.M.__ at Newburgh City Hall, 83 Broadway, Newburgh, New York, deponent served a copy of the following document(s) upon the following person or entity:

DOCUMENT(S) SERVED:   __SUMMONS AND COMPLAINT__

PERSON SERVED:   __DEFENDANT CITY OF NEWBURGH__

Service was performed in the following manner:

__X__   By delivering the document(s) personally to the defendant, a corporation, to an officer, director, managing or general agent, or cashier or assistant cashier or to any other agent authorized by appointment or by law to receive service. [CPLR §311 (a) (1)].

Description of the person who accepted service:

NAME:   __AUTUMN VITEK__
SEX:   __F__      RACE:   __WHITE__      HAIR:   __Brown__
AGE:   __50's__   HT:   __5'6"__         WT:   __145 lbs.__


DATE: __2-7-08__      SIGNED: _/s/ Mark Medynski_
                                                   MARK MEDYNSKI

Sworn to before me this __7th__ day of __February__, 2008

_/s/ S. Cobb_
NOTARY PUBLIC

STEPHEN S. COBB
Notary Public, State of New York
No. 01CO6074250
Qualified in Orange County
Commission Expires May 13, 20 _10_