## AFFIDAVIT OF SERVICE

Re:   Garcia v. City of Newburgh
      08-CV-1198 (CLB) (MDF)


STATE OF NEW YORK    )
                     ) SS:
COUNTY OF ORANGE     )


MARK MEDYNSKI, being duly sworn, states that he is over the age of 18 years, is not a party to this action, and resides in the State of New York; that on the __7th__ day of February, 2008, at __12:30 P.M.__ at Newburgh City Police Department, 83 Broadway, Newburgh, New York, deponent served a copy of the following document(s) upon the following person or entity:

DOCUMENT(S) SERVED:   __SUMMONS AND COMPLAINT__

PERSON SERVED:        __DEFENDANT RAYMOND GORDINEER__

Service was performed in the following manner:

__X__   By delivering the document(s) to a person of suitable age and discretion at the actual place of business, dwelling place, or usual place of abode of the person to be served **AND** by mailing the document(s), via first class mail, to the person to be served at his actual place of business in an envelope bearing the legend "personal and confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served, and that such deliver and mailing took place within twenty days of each other [CPLR §308 (2)].

Description of the person who accepted service:

Name:   __DESK OFFICER J. KYLES__
Sex:    __F__         Race:  __White__         Hair:  __Brown/Blonde__
Age:    __30's__      Ht:    __5'7"__          Wt:    __135 lbs.__


DATE: __2-7-08__        SIGNED: _____
                                MARK MEDYNSKI


Sworn to before me this __7th__ day of __February__, 2008

_____
NOTARY PUBLIC

STEPHEN S. COBB
Notary Public, State of New York
No. 01CO6074250
Qualified in Orange County
Commission Expires May 13, 20 __10__